ACCEPTED
011400968CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/13/2015 11:54:03 AM
CHRISTOPHER PRINE
CLERK

## CASE NO. 01-14-00968-CV

| | | |
|---|---|---|
| CECILIA CLINKSCALE,<br>Appellant, | §<br>§<br>§ | IN THE FIRST DISTRICT |
| VS. | §<br>§ | COURT OF APPEALS |
| LEIROI MICKELE' DANIELS,<br>Appellee. | §<br>§ | HOUSTON, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/13/2015 11:54:03 AM
CHRISTOPHER A. PRINE
Clerk

## MOTION TO REHEAR APPELLANT'S NOTICE OF APPEAL ON THE DENIAL OF PAUPER'S OATH *EN BANC*

TO THE HONORABLE JUSTICES OF THIS COURT:

Comes Now, Cecilia Clinkscale, Appellant, in the above styled action and files this *Motion To To Rehear Appellant's Notice Of Appeal On The Denial Of Pauper's Oath En Banc* in compliance with Tex. R. App. P. 49.8, 49.7. In this respect, Appellant seeks to show this Court the following:

### I.

Friday, January 23, 2015, Appellant submitted her *Motion To Rehear Appellant's Notice Of Appeal On The Denial Of Pauper's Oath*, and on Thursday, February 12, 2015, this Court issued an *Order* denying the said *Motion To Rehear Appellant's Notice Of Appeal On The Denial Of Pauper's Oath*.

### II.

Tex. R. App. P. 20 delineates the procedure required for an Appellant who is unable to pay the costs of an appeal, and it strictly stipulates the contents of the *Affidavit of Indigence*. Tex. R. App. P. 20.1(b).

### III.

Appellant submitted her Tuesday, December 2, 2014, *Affidavit of Indigence* in compliance with the established Rule, given her assessment of her financial situation and the documents readily available to her. In subsequent *Motions* on this matter, Appellant included probative evidence in an effort to address any limitation(s) raised by the Justices in this Court.

### IV.

Appellant requests that this Court reassess her *Affidavit of Indigence* in light of the financial documents submitted in the record on appeal as Appellant's financial situation has changed, and she believes that the information supplied to this Court is sufficient to determine indigence. Tex. R. App. P. 20.1.

## V.

Further, Appellant directs this Court's attention to the trial court record as evidence and financial documents contained in this record establishes Appellant's indigence. *See* Exhibits 1-4.

## VI.

With this matter before this Court, Appellant asks that the Justices carefully review her *Affidavit of Indigence* and supporting financial documents once more to determine indigence. In the event that questions arise in this exercise, then Appellant asks that this Court sets a hearing on Appellant's *Affidavit of Indigence* and-or that the Justices of this Court remand this portion of Appellant appeal to the trial court for further consideration. *See Whitehead v. State*, 130 S.W.3d 866, 874 (Tex. Crim. App. 2004).

## CONCLUSION AND PRAYER

Wherefore, Appellant, Cecilia Clinkscale, submits her *Motion To Rehear Appellant's Notice Of Appeal On The Denial Of Pauper's Oath En Banc* in the interest of justice, and she respectfully requests this Court to enter an *Order* granting her said *Motion*.

Thereto, Appellant requests the said relief and any additional relief to which Appellant is justly entitled.

Respectfully submitted,

_Cecilia Clinkscale_   3/13/2015

CECILIA CLINKSCALE
Appellant,
In Propria Persona

Dated: ___3 | 13 | 2015___

Post Office Box 42718,
Philadelphia, Pennsylvania 19101

Telephone: (215) 828-4516
Facsimile: (877) 669-1745
Email: cclinkscale@gmail.com

2

# CERTIFICATE OF SERVICE

Pursuant to Tex. R. App. P. 9.5(a)-(e), I, Cecilia Clinkscale, Appellant, do hereby certify that on this 13th day of March 2015, a true and correct copy of the attached and foregoing *Motion To Rehear Appellant's Notice Of Appeal On The Denial Of Pauper's Oath En Banc* was served upon the recipients listed below in the following manner(s):

Mr. Christopher A. Prine,
Esquire,
Clerk of the Court,
Court of Appeals,
First District of Texas,
301 Fannin Street,
Room 208,
Houston, Texas 77002-2066

Service: e-file.txcourts.gov and United States Postal Service, first-class mail.

Mr. Leiroi Mickele' Daniels,
Esquire,
L. Mickele' Daniels & Associates,
Arena Tower I,
Suite 580,
7322 Southwest Freeway,
Houston, Texas 77074

Service: e-file.txcourts.gov and United States Postal Service first-class mail.

_____
CECILIA CLINKSCALE
Appellant,
In Propria Persona

Dated: ___3/13/2015___

CASE NO.  01-14-00968-CV

| | | |
|---|---|---|
| CECILIA CLINKSCALE, | § | IN THE DISTRICT COURT OF |
| Appellant, | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| LEIROI MICKELE' DANIELS, | § | |
| Appellee. | § | 113th JUDICIAL DISTRICT |

## ORDER

On this _____ day of _____ 2015, came on for consideration *Motion For To Rehear Appellant's Notice Of Appeal On The Denial Of Pauper's Oath En Banc*. The Court having reviewed said *Motion* finds that it should be, and hereby is, _____.

It is so **ORDERED**.

Signed this _____ day of _____, 20 ____.


_____
JUDGE

CONFIRMED FILE DATE: 10/4/2012

Certified Document Number: 53550765 - Page 1 of 4

EXHIBIT 1

**2012-58724** p-4

CAUSE NO. _____

| | | |
|---|---|---|
| CECILIA CLINKSCALE,<br>Plaintiff, | § § § § | IN THE DISTRICT COURT OF |
| VS. | § § § | HARRIS COUNTY, TEXAS |
| LEIROI MICKELE' DANIELS,<br>Defendant. | § § § § | 113 JUDICIAL DISTRICT |

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

TO THE HONORABLE JUDGE OF THIS COURT:

I, Cecilia Clinkscale, Plaintiff, being first duly sworn, depose and states that I am the pro se litigant in the above-entitled case. I am submitting this here AFFIDAVIT in support of the attached MOTION TO PROCEED IN FORMA PAUPERIS. In doing so, I ask to proceed in the said civil action without being required to prepay fees, costs or give security; with this, I state that because of my poverty I am unable to pay court costs. I verify that the forthcoming statements made in this AFFIDAVIT are true and correct to the best of my current information, knowledge, and belief. 28 U.S.C. § 1746.

Further, I believe that I am entitled to redress, and thus in compliance with Tex. R. Civ. P. 145, I aver:

1. The nature and amount of my current employment income, government entitled income, and other income:

I am currently unemployed, and I have been unemployed since Thursday, June 7, 2012. Presently, I do not have any taxable income. The workers compensation claim that I filed on Wednesday, June 13, 2012, after encountering a work related injury, is currently on appeal, and the facts of this claim are being investigated by the Texas Department of Insurance. See Attachments "A-B." I did not qualify for unemployment compensation through the State of Texas because of my first-quadrant earnings in 2012. See Attachment "C." The State of Pennsylvania awards me a food allowance of one-hundred seventy-three dollars ($173.00) each month through its Supplemental Nutrition Assistance Program (SNAP).

2. The income of my spouse and whether that income is available:

I am not married; therefore, I do not have spousal income as a potential monetary reserve.

3. Real and personal property that I own:

I do not own any real property; I do own a 2009 Toyota Corolla motor vehicle.

4.     Cash that I have on hold and amounts on deposit that I can withdraw:

Typically, I do not keep cash with me. I do have a savings account ($1,600) and a checking ($40.00) account through Wells Fargo Bank.

5.     My other assets:

I do not have any assets and-or material possessions of value aside from my motor vehicle.

6.     The number and relationship (to me) of dependents that I have:

I do not have any dependents.

7.     The nature and amount of my debts:

I currently have one Federal Direct (graduate student) Loan ($160,000.00) and one consolidated American Education Services (undergraduate student) loan ($26,000.00). I currently owe Bank of America American Express $4,600.00, and I owe Discover Cards $ 2,200 (I use this credit card to pay for fuel, to pay my monthly cellular telephone bill, and to pay for automobile insurance).

8.     The nature and amount of my monthly expenses:

My monthly expenses are as follows: (a) Rent: $0 (I currently reside with my mother.); (b) Cellular Phone: $75.00; (c) Virtual Fax: $10.00; (d) Laundry: $30.00 (laundry and detergent); and (e) Automobile Insurance: $158.00.

I also have annual expenses for life insurance ($175.00) and United States Postal Services in Pennsylvania ($144.00) and in Texas ($44.00).

At present, I have monthly job search expenses (printing, travel, stationary, ink, packaging, labels, and postage)($25.00-50.00).

9.     My ability to obtain a loan for court costs:

Due to my unemployment, I am currently unable to secure a bank loan; it is my understanding that for me to ensure a bank loan, I must have a means to repay both the loan and any interests incurred thereof.

10.    Whether an attorney is providing me with free legal services, without a contingent fee:

I am not receiving free legal services from an attorney, with or without a contingent fee; hence, I do not have an IOLTA (Interest on Lawyers Trust Accounts) certificate. TRCP 145(c).

11.    Whether an attorney has either agreed to pay or to advance court costs:

I am not receiving, and I have not received either any free legal services or any free assistance from an attorney; hence, to date, no attorney has either agreed to pay or has agreed to advance court

2

costs on my behalf.

Moreover, along with this AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERS, I have submitted "Attachments A-C" as "strict proof" to verify my current financial status.

Respectfully submitted,

CECILIA CLINKSCALE

Plaintiff,
In Propria Persona,

Dated: 9/28/2012

Post Office Box 42718,
Philadelphia, Pennsylvania 19101

Telephone: (215) 828-4516
Facsimile: (877) 669-1745
Email: cclinkscale@gmail.com

Signed under the penalty of perjury on Friday, September 28, 2012. 28 U.S.C.§ 1746; Tex Gv. Code Ann. § 602.003; 18 Pa. Cons. Stat. § 4902.

Signature

Cecilia Clinkscale
Printed Name

On this twentyeighth day of September, 2012, I administered the above oath or affirmation from the person named above. I am a Notary Public, and I am authorized to administer an oath or affirmation pursuant to 28 U.S.C. § 1746. If I have a seal of office that I am required by law to

3

Certified Document Number: 53550765 - Page 3 of 4

affix to documents when administering an oath or affirmation, then I have included an original impression of my official seal below.

_____Chris V. Eliades_____
Signature of Notary Public


Notary Public,
In the County of Montgomery,
State of Pennsylvania

My commission expires: June 25, 2014

| NOTARIAL SEAL |
| CHRIS V ELIADES |
| Notary Public |
| LOWER MERION TWP, MONTGOMERY CNTY |
| My Commission Expires Jun 25, 2014 |

Notary Seal

Certified Document Number: 53550765 - Page 4 of 4

4



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 13, 2015

Certified Document Number:        53550765 Total Pages:  4

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

**EXHIBIT 2**

CAUSE NO. 2012-58724

CECILIA CLINKSCALE §  IN THE DISTRICT COURT OF

§

V. §  HARRIS COUNTY, TEXAS

§

LEIROI M. DANIELS §  113TH JUDICIAL DISTRICT

JUDGMENT AND ORDER ~~SUSTAINING~~ *denying* CONTEST TO PAUPER'S OATH

BE IT REMEMBERED that on this day, December 11, 20 12, came on to be heard the

Contest to the Affidavit of Inability to pay filing fees or post a Cost Bond of Affiant, in the above numbered and *denies the motion.*

entitled cause. The Court, after considering the evidence and the argument of counsel, ~~finds that Affiant~~

CECILIA CLINKSCALE is able to pay all filing fees, or to give security therefore, that the affidavit was not

filed in good faith and that such contest should be and is hereby sustained. Affiant was notified by certified

mail return receipt requested and regular mail.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED, that the Contest to the Affidavit of Affiant

CECILIA CLINKSCALE to proceed in this matter without payment of the filing fees or any part thereof, or to

give security therefore is SUSTAINED.

IT IS FURTHER ORDERED that the District Clerk of Harris County shall not proceed to process any

further actions or settings on this case unless and until the Affiant CECILIA CLINKSCALE pays in full all

filing fees in the amount of $305.00 plus any and all costs incurred in the process of this case. Affiant shall pay

the above fees and costs on or before date _____. In the event, the District Clerk of Harris County does

not receive payment for all fees and costs on or before (date) _____, the case shall be dismissed without

prejudice. Upon dismissal, the District Clerk of Harris County shall have a Judgment against Affiant CECILIA

CLINKSCALE in the amount of $305.00 for all costs and filing fees, together with the legal interest rate. The

District Clerk of Harris County shall have all rights to enforce and collect said judgment.

SIGNED this 11th day of December 2012

JUDGE PRESIDING

HARRISON GREGG, JR.
SENIOR ASSISTANT COUNTY ATTORNEY
SB: 08429500

FILED
Chris Daniel
District Clerk

NOV - 7 2012

Time: _____
By _____
Harris County, Texas
Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

EXHIBIT 3

8/25/2014 10:29:33 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 2277372
By: ARNIC, DELTON

CAUSE NO. 2012 - 58724

| | | |
|---|---|---|
| CECILIA CLINKSCALE,<br>Plaintiff, | § <br> § <br> § <br> § | IN THE DISTRICT COURT OF |
| VS. | § <br> § <br> § | HARRIS COUNTY, TEXAS |
| LEIROI MICKELE' DANIELS,<br>Defendant. | § <br> § <br> § | 113th JUDICIAL DISTRICT |

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

TO THE HONORABLE JUDGE OF THIS COURT:

I, Cecilia Clinkscale, Plaintiff, being first duly sworn, depose and states that I am the pro se litigant in the above-captioned case. I am submitting this here AFFIDAVIT in support of the attached MOTION TO PROCEED IN FORMA PAUPERIS. In doing so, I ask to proceed in this said civil action without being required to prepay case and jury fees, costs, and-or give security; with this, I state that because of my poverty I am unable to pay court costs. I verify that the forthcoming statements made in this AFFIDAVIT are true and correct to the best of my current information, knowledge, and belief. 28 U.S.C. § 1746.

Further, I believe that I am entitled to redress, and thus in compliance with Tex. R. Civ. P. 145, I aver:

1.    The nature and amount of my current employment income, government entitled income, and other income:

I am currently employed as an adjunct instructor, and I have been employed in this capacity since Monday, January 6, 2013. The State of Pennsylvania awards me a food allowance of one-hundred eighty-nine dollars zero cents ($189.00) each month through its Supplemental Nutrition Assistance Program (SNAP).

2.    The income of my spouse and whether that income is available:

I am not married; therefore, I do not have spousal income as a potential monetary reserve.

3.    Real and personal property that I own:

I do not own any real property; I do own a 2009 Toyota Corolla motor vehicle.

4.    Cash that I have on hold and amounts on deposit that I can withdraw:

Certified Document Number: 62103410 - Page 1 of 4

Typically, I do not keep cash with me. I do have a savings account ($400.00) and a checking ($25.00) account through Wells Fargo Bank.

5.     My other assets:

I do not have any assets and-or material possessions of value aside from my motor vehicle.

6.     The number and relationship (to me) of dependents that I have:

I do not have any dependents.

7.     The nature and amount of my debts:

I currently have one Federal Direct (graduate student) Loan ($160,000.00) and one consolidated American Education Services (undergraduate student) loan ($26,000.00). I currently owe Bank of America Visa $3,550.00, Chase Visa $1,395.00, and Discover Cards $600.00 (I use this credit card to pay for fuel, to pay my monthly cellular telephone bill, and to pay for automobile insurance).

8.     The nature and amount of my monthly expenses:

My monthly expenses are as follows: (a) Rent: $200.00 (I currently reside my parent, and rent is adjusted to income.); (b) Utilities; $75.00; (c) Cellular Phone: $65.00; (d) Virtual Fax: $10.00; (e) Laundry: $40.00 (laundry and detergent); and (f) Automobile Insurance: $198.20.

I also have annual expenses for life insurance ($175.00) and United States Postal Services in Pennsylvania ($144.00) and in Texas ($48.00).

At present, I have monthly job search expenses (printing, travel, stationary, ink, packaging, labels, and postage)($25.00-50.00).

Currently, I am preparing to relocate back to Houston, Texas to prosecute this case. Relocation expenses will include fuel costs ($250.00-225.00), storage costs, and costs for monthly housing accommodations.

9.     My ability to obtain a loan for court costs:

Due to my limited income, I am currently unable to secure a bank loan; it is my understanding that for me to ensure a bank loan, I must have a means to repay both the loan and any interests incurred thereof.

10.     Whether an attorney is providing me with free legal services, without a contingent fee:

I am not receiving free legal services from an attorney, with or without a contingent fee; hence, I do not have an IOLTA (Interest on Lawyers Trust Accounts) certificate. TRCP 145(c).

11.     Whether an attorney has either agreed to pay or to advance court costs:

I am not receiving, and I have not received either any free legal services or any free assistance

2

from an attorney; hence, to date, no attorney has either agreed to pay or has agreed to advance court costs on my behalf.

Moreover, along with this AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERS, I have submitted "Exhibits 1-3" as "strict proof" to verify my current financial status.

Respectfully submitted,

CECILIA CLINKSCALE
Plaintiff,
In Propria Persona,

Dated: 8/25/2014

Post Office Box 42718,
Philadelphia, Pennsylvania 19101

Telephone: (215) 828-4516
Facsimile: (877) 669-1745
Email: cclinkscale@gmail.com

3

Certified Document Number: 62103410 - Page 3 of 4

Signed under the penalty of perjury on <u>Monday, August 25, 2014</u>.  28 U.S.C.§ 1746; Tex Gov. Code Ann. § 602.003; 18 Pa. Cons. Stat. § 4902.

_____ 8/25/2014
Signature

<u>Cecilia Clinkscale</u>
Printed Name

On this <u>25</u> day of <u>August</u>, 2014, I administered the above oath or affirmation from the person named above. I am a Notary Public, and I am authorized to administer an oath or affirmation pursuant to 28 U.S.C. § 1746. If I have a seal of office that I am required by law to affix to documents when administering an oath or affirmation, then I have included an original impression of my official seal below.

_____
Signature of Notary Public

Notary Public,
In the County of Delaware,
State of Pennsylvania

NOTARIAL SEAL
ELIZABETH M STUBBS
Notary Public
RADNOR TWP., DELAWARE COUNTY
My Commission Expires Nov 23, 2014

My commission expires: <u>NOV 23, 2014</u>          Notary Seal

4

Certified Document Number: 62103410 - Page 4 of 4



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 13, 2015

Certified Document Number:        62103410 Total Pages: 4

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

EXHIBIT 4

12/2/2014 9:38:31 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 3354948
By: TIPPINS, PAT A

CAUSE NO. 2012 - 58724

| | | |
|---|---|---|
| CECILIA CLINKSCALE, | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| LEIROI MICKELE' DANIELS, | § | |
| Defendant. | § | 113th JUDICIAL DISTRICT |

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

TO THE HONORABLE JUDGE OF THIS COURT:

I, Cecilia Clinkscale, Plaintiff, being first duly sworn, deposes and states that I am the pro se litigant in the above-captioned case. I am submitting this here AFFIDAVIT in support of the attached MOTION TO PROCEED IN FORMA PAUPERIS. In doing so, I ask to proceed in this said civil action without being required to prepay case and related fees, costs, and-or to give security; with this, I state that because of my poverty I am unable to pay court costs. I verify that the forthcoming statements made in this AFFIDAVIT are true and correct to the best of my current information, knowledge, and belief. 28 U.S.C. § 1746.

Further, I believe that I am entitled to redress, and thus in compliance with Tex. R. App. P. 20.1, I aver:

1. The nature and amount of my current employment income, government entitled income, and other income:

I am currently employed as an adjunct instructor, and I have been employed in this capacity since Monday, January 6, 2013. *See* Exhibit 1. The State of Pennsylvania awards me a food allowance of one-hundred eighty-nine dollars zero cents ($189.00) each month through its Supplemental Nutrition Assistance Program (SNAP). *See* Exhibit 2.

2. The income of my spouse and whether that income is available:

I am not married; therefore, I do not have spousal income as a potential monetary reserve.

3. Real and personal property that I own:

I do not own any real property; I do own a 2009 Toyota Corolla motor vehicle.

4. Cash that I have on hold and amounts on deposit that I can withdraw:

Typically, I do not keep cash with me. I do have a savings account ($500.00) and a checking ($25.00) account through Wells Fargo Bank.

Certified Document Number: 63364587 - Page 1 of 5

5.     My other assets:

I do not have any assets and-or material possessions of value aside from my motor vehicle.

6.     The number and relationship (to me) of dependents that I have:

I do not have any dependents.

7.     The nature and amount of my debts:

I currently have one Federal Direct (graduate student) Loan ($160,000.00) and one consolidated American Education Services (undergraduate student) loan ($26,000.00). I currently owe Bank of America Visa $3,300.00, Chase Visa $1,095.00, and Discover Cards $3,000.00 (I use this credit card to pay for fuel, to pay my monthly cellular telephone bill, and to pay for automobile insurance).

8.     The nature and amount of my monthly expenses:

My monthly expenses are as follows: (a) Rent: $200.00 (I currently reside my parent, and rent is adjusted to income.); (b) Utilities; $75.00; (c) Cellular Phone: $65.00; (d) Virtual Fax: $10.00; (e) Laundry: $40.00 (laundry and detergent); and (f) Automobile Insurance: $198.72.

I also have annual expenses for life insurance ($175.00) and United States Postal Services in Pennsylvania ($144.00) and in Texas ($48.00).

At present, I have monthly job search expenses (printing, travel, stationary, ink, packaging, labels, and postage)($25.00-50.00).

If I need to relocate back to Houston, Texas to prosecute this case, then I must consider relocation expenses which include, but are not limited to, fuel costs ($250.00-225.00), storage costs, and costs for monthly housing accommodations.

9.     My ability to obtain a loan for court costs:

Due to my limited income, I am currently unable to secure a bank loan; it is my understanding that for me to ensure a bank loan, I must have a means to repay both the loan and any interests incurred thereof.

10.    Whether an attorney is providing me with free legal services, without a contingent fee:

I am not receiving free legal services from an attorney, with or without a contingent fee; hence, I do not have an Interest on Lawyers Trust Accounts ("IOLTA") certificate. TRCP 145(c).

11.    Whether an attorney has either agreed to pay or to advance court costs:

I am not receiving, and I have not received either any free legal services or any free assistance from an attorney; hence, to date, no attorney has either agreed to pay or has agreed to advance court costs on my behalf.

2

Moreover, along with this AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERS, I have submitted "Exhibits 1-2" as "strict proof" to verify my current financial status.

Respectfully submitted,

Mp. Cecilia Clk    12/2/2014
CECILIA CLINKSCALE
Plaintiff/Appellant,
In Propria Persona,

Dated: _____12/2/2014_____

Post Office Box 42718,
Philadelphia, Pennsylvania 19101

Telephone: (215) 828-4516
Facsimile: (877) 669-1745
Email: cclinkscale@gmail.com

Certified Document Number: 63364587 - Page 3 of 5

3

Signed under the penalty of perjury on Tuesday, December 2, 2014. 28 U.S.C.§ 1746; Tex Gov. Code Ann. § 602.003; 18 Pa. Cons. Stat. § 4902.

_M.O. Cecilia JCl 12/2/2014_
Signature

_Cecilia Clinkscale_
Printed Name

On this **2nd** day of **December**, 2014, I administered the above oath or affirmation from the person named above. I am a Notary Public, and I am authorized to administer an oath or affirmation pursuant to 28 U.S.C. § 1746. If I have a seal of office that I am required by law to affix to documents when administering an oath or affirmation, then I have included an original impression of my official seal below.

_Soucie_
Signature of Notary Public

Notary Public,
In the County of Montgomery,
State of Pennsylvania

My commission expires: _April 16, 2018_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SARA ANNE SOUCIE, Notary Public
Lower Merion Twp., Montgomery County
My Commission Expires April 16, 2018

Notary Seal

Certified Document Number: 63364587 - Page 4 of 5

# VERIFICATION

STATE OF PENNSYLVANIA            §
                                 §
COUNTY OF MONTGOMERY             §

BERFORE ME, the undersigned Notary Public, on this day personally appeared Cecilia Clinkscale, who, being by me duly sworn on oath, did depose and say the following:

## OATH

"My name is CECILIA CLINKSCALE. I am the Appellant in the above entitled case. I have read the foregoing *Affidavit In Support Of Motion To Proceed In Forma Pauperis*, and each statement of fact therein is true and correct. I have personal knowledge of each such fact stated therein."

**FURTHER, AFFIANT SAYETH NOT.**

_mp. Cecilia ____ 12/2/2014_

By: _Cecilia Clinkscale_

**SUBSCRIBED TO AND SWORN BEFORE ME** on the _2nd_ day of December 2014, to certify which witness my hand and official seal.

[Seal]

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
SARA ANNE SOUCIE, Notary Public
Lower Merion Twp., Montgomery County
My Commission Expires April 16, 2018

_Soucie_

NOTARY PUBLIC IN AND FOR THE
STATE OF PENNSYLVANIA

_Sara Soucie_

Print Name:

My Commission Expires: _April 16, 2018_

Certified Document Number: 63364587 - Page 5 of 5



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 13, 2015

Certified Document Number:        63364587 Total Pages:  5

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**